JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLYLE LEE COLE,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 2:21-cv-02015-AB-JDE<br><br>JUDGMENT |

Pursuant to the Order Re Summary Dismissal of Action,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: March 25, 2021

_____
ANDRÉ BIROTTE JR.
United States District Judge